**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related has been filed. As the judge assigned to case:

25-cv-04737-RFL
Thakur v. Trump

I find that the more recently filed case that I have initialed below is not related to the case assigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 26-cv-10510-SK | Salles v. National Institutes of Health | | **RFL** |

**IT IS SO ORDERED.**

Dated: September 18, 2026

By: ______________________________

Rita F. Lin
United States District Judge