**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
OLGA AKSELROD (NY Bar No. 4132825) (Appearance *Pro Hac Vice*)
oakselrod@aclu.org
VERA EIDELMAN (CA Bar No. 308535)
veidelman@aclu.org
RACHEL MEEROPOL (NY Bar No. 4100954) (Appearance *Pro Hac Vice*)
rmeeropol@aclu.org
ALEXIS AGATHOCLEOUS (NY Bar No. 4227062) (Appearance *Pro Hac Vice*)
aagathocleous@aclu.org
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2659

*Attorneys for Plaintiffs*

*(Additional Counsel on Following Page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

ARGHAVAN SALLES; ABIGAIL HATCHER; ANDREA ROSSO; ANN D. COHEN-WILSON; DOLORES ALBARRACÍN; HEIDI MOSESON; JADE PAGKAS-BATHER; JONATHAN KYLE DAW; KATIE EDWARDS; KELTON MINOR; MICHAEL D. GREEN; SARA JACKSON; SUZANNE BELL; JORDAN DOE 1; JORDAN DOE 2; JORDAN DOE 3; and JORDAN DOE 4, *on behalf of themselves and all others similarly situated*,

Plaintiffs,

v.

NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, *in his official capacity as Director of the National Institutes of Health*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., *in his official capacity as Secretary of the United States Department of Health and Human Services*; and UNITED STATES DOGE SERVICE,

Defendants.

Case No. 3:26-cv-10510-VC

**STIPULATED ADMINISTRATIVE MOTION TO ALTER FILING DEADLINES**

Judge: Vince Chhabria
Courtroom: 03, 17th floor

*(Additional Counsel on Behalf of Plaintiffs)*

**AMERICAN CIVIL LIBERTIES UNION**
**FOUNDATION OF NORTHERN CALIFORNIA**
GRAYCE ZELPHIN (CA Bar No. 279112)
gzelphin@aclunc.org
CHESSIE THACHER (CA Bar No. 296767)
cthacher@aclunc.org
NEIL K. SAWHNEY (CA Bar No. 300130)
nsawhney@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

**PROTECT DEMOCRACY PROJECT**
SHALINI AGARWAL (DC Bar No. 990963) (Appearance *Pro Hac Vice*)
shalini.agarwal@protectdemocracy.org
2020 Pennsylvania Avenue, NW, Suite 163
Washington, DC 20006
KENNETH PARRENO (TX Bar No. 24130477) (Appearance *Pro Hac Vice*)
kenneth.parreno@protectdemocracy.org
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: (202) 579-4582

**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**
LISA S. MANKOFSKY (DC Bar No. 411931) (Appearance *Pro Hac Vice*)
lmankofsky@cspi.org
OSCAR HEANUE (DC Bar No. 90036939) (Appearance *Pro Hac Vice*)
oheanue@cspi.org
1250 I Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 777-8381

**JACOBSON LAWYERS GROUP**
DANIEL F. JACOBSON (DC Bar No. 1016621) (Appearance *Pro Hac Vice*)
dan@jacobsonlawyersgroup.com
LYNN D. EISENBERG (DC Bar No. 1017511) (Appearance *Pro Hac Vice*)
lynn@jacobsonlawyersgroup.com
STEPHEN K. WIRTH (DC Bar No. 1034038) (Appearance *Pro Hac Vice*)
stephen@jacobsonlawyersgroup.com
5100 Wisconsin Avenue, NW, Suite 301
Washington, DC 20016
Telephone: (301) 823-1148

Pursuant to Civil L.R. 7-11 and 7-12 and the Standing Order for Civil Cases Before Judge Vince Chhabria, Plaintiffs and Defendants submit this stipulated administrative motion to alter and extend the times for Defendants to file oppositions to Plaintiffs' Motion for Stay and Preliminary Injunction (ECF No. 33) and Motion for Provisional Class Certification (ECF No. 52) and for Plaintiffs to file corresponding reply briefs, beyond the time articulated in Civil L.R. 7-3. This stipulation does not impact the Court's schedule and does not impact deadlines for any other pending motions. Under the requested extended deadlines, all briefs subject to this stipulation will be filed with the Court fourteen (14) days prior to the November 18, 2026 hearing date. This would be the parties' first extension. Counsel for Plaintiffs and counsel for Defendants have conferred and stipulated to this motion and the requested briefing schedule herein.

IT IS HEREBY STIPULATED by the Parties by and through their respective counsel that:

1. Defendants' opposition to Plaintiffs' Motion for Stay and Preliminary Injunction (ECF No. 33) will be filed on or before October 21, 2026.
2. Defendants' opposition to Plaintiffs' Motion for Provisional Class Certification (ECF No. 52) will be filed on or before October 22, 2026.
3. Plaintiffs' reply to Defendants' opposition to Plaintiffs' Motion for Stay and Preliminary Injunction (ECF No. 33) will be filed on or before November 2, 2026.
4. Plaintiffs' reply to Defendants' opposition to Plaintiffs' Motion for Provisional Class Certification (ECF No. 52) will be filed on or before November 4, 2026.

Respectfully Submitted,

Dated: October 6, 2026

*/s/ Grayce Zelphin*
GRAYCE ZELPHIN
CHESSIE THACHER
NEIL K. SAWHNEY
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA

*/s/ Olga Akselrod*
OLGA AKSELROD
VERA EIDELMAN
RACHEL MEEROPOL
ALEXIS AGATHOCLEOUS
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

*/s/ Shalini Agarwal*
SHALINI AGARWAL
KENNETH PARRENO
PROTECT DEMOCRACY PROJECT

*/s/ Lisa S. Mankofsky*
LISA S. MANKOFSKY
OSCAR HEANUE
CENTER FOR SCIENCE IN THE PUBLIC INTEREST

*/s/ Daniel F. Jacobson*
DANIEL F. JACOBSON
LYNN D. EISENBERG
STEPHEN K. WIRTH
JACOBSON LAWYERS GROUP PLLC

**Counsel for Plaintiffs**

Dated: October 6, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOEY BORSON
Assistant Director
Federal Programs Branch
Civil Division

*/s/ Jordan A. Hulseberg*
JORDAN A. HULSEBERG
Trial Attorney
Federal Programs Branch
Civil Division
U.S. DEPARTMENT OF JUSTICE

**Counsel for Defendants**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to the above Stipulation, and good cause appearing, **IT IS SO ORDERED**.

Dated:

By: ______________________________

HON. VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE