JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division
JOSEPH E. BORSON
Assistant Branch Director
JORDAN A. HULSEBERG (D.C. Bar No. 90033542)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-3856
Email: jordan.a.hulseberg2@usdoj.gov

*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARGHAVAN SALLES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>Defendants. | Case No. 26-cv-10510<br><br>CONSENT MOTION TO EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT<br><br>(First Request) |

Defendants respectfully request that the Court extend Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint and likewise extend Plaintiffs' deadline to oppose or respond to Defendants' dispositive motion, should one be filed. Plaintiffs consent to this motion, and good cause supports such an extension.

Plaintiffs bring this proposed class action suit to challenge policies adopted by the National Institutes of Health ("NIH") and other Defendants. Plaintiffs filed a Motion for Class Certification and a Motion for Preliminary Injunction, which raised independent and distinct First Amendment theories, as well as claims that the policies are contrary to law and arbitrary and capricious under the Administrative Procedure Act. The Parties have since completed briefing on Plaintiffs' Motion for Preliminary Injunction and Plaintiffs' Motion for Class Certification, which were heard on

November 18, 2026, and at which hearing the Court indicated it would issue a written order prior to the conclusion of the calendar year.

The Parties conferred by email on November 18, 2026, following the aforementioned hearing and agreed that it would be more efficient for Defendants to answer or otherwise respond to Plaintiffs' Complaint following any order from the Court on Plaintiffs' Motion for Preliminary Injunction and Motion for Class Certification. The Court's order on those two motions would likely prove instructive to any forthcoming dispositive motion, should they choose to file such a motion. Indeed, the Court's order on these motions would likely resolve the threshold jurisdictional arguments that Defendants raised in opposition to these motions and which Defendants would likely raise in any dispositive motion.

Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint was November 23, 2026. Notwithstanding this lapsed date, Plaintiffs consent to this motion, recognizing that the parties reached an agreement in principle prior to this deadline and it would be most efficient to set this deadline after the Court rules on Plaintiffs' motions. However, as Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint has passed, Plaintiffs do not feel comfortable stipulating to such an extension. This is Defendants' first requested extension to their answer or response deadline and such an extension will not affect any hearing dates or deadline currently set by the Court.

Defendants therefore respectfully request this Court set their deadline to answer or otherwise respond to Plaintiffs' Complaint to be due thirty days after the Court issues an order on Plaintiffs' Motion for Preliminary Injunction and Motion for Class Certification, set Plaintiffs' opposition or response to any such filing to be due twenty-one days thereafter, and set Defendants' reply to be due fourteen days thereafter.

Respectfully Submitted,

Dated: November 24, 2026

JONATHAN D. GUYNN
Assistant Attorney General
Civil Division

JOSEPH BORSON

Assistant Director
Federal Programs Branch
Civil Division

*/s/ Jordan A. Hulseberg*
JORDAN A. HULSEBERG
Trial Attorney
Federal Programs Branch
Civil Division
U.S. DEPARTMENT OF JUSTICE

**Counsel for Defendants**

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Jordan A. Hulseberg, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

DATED: November 24, 2026

*/s/ Jordan A. Hulseberg*
JORDAN A. HULSEBERG